■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v NELSON HALL, Appellant. [879 NYS2d 789]—Appeal from a judgment of the Onondaga County Court (Joseph E. Fahey, J.), rendered June 23, 2006. The judgment convicted defendant, upon his plea of guilty, of driving while intoxicated, a class D felony.

It is hereby ordered that the judgment so appealed from is unanimously affirmed. Present—Martoche, J.P., Smith, Fahey, Carni and Green, JJ.